October 29, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

CHRISTINE E. REULE, Appellant

NO. 14-13-00502-CV                    V.

M & T MORTGAGE, M & T BANK, BAYVIEW LOAN SERVICING, LLC, BAYVIEW FINANCIAL TRADING GROUP, LP, BAYVIEW FINANCIAL LP, AND HUGHS, WATTERS, ASKANASE, LLP, CAROLYN TAYLOR, AUDREY LEWIS, JEFF LEVA, SANDY DASIGENIS, AND RLZ INVESTMENTS, INC., Appellees

_____

This cause, an appeal from the judgment in favor of appellee, M & T Mortgage, M & T Bank, Bayview Loan Servicing, LLC, Bayview Financial Trading Group, LP, Bayview Financial LP, Hughs, Watters, Askanase, LLP, Carolyn Taylor, Audrey Lewis, Jeff Leva, Sandy Dasigenis, and RLZ Investments, Inc., signed September 3, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Christine E. Reule, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.